1
2
3
4
5
6
7
8
9

United States District Court
Northern District of California

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JAMES RICANA,

Plaintiff,

v.

SAN JOSE POLICE DEPARTMENT, et al.,

Defendants.

Case No. 25-cv-06389-NC

**ORDER SCREENING FIRST AMENDED COMPLAINT UNDER 28 U.S.C § 1915**

Re: ECF 8

The Court granted self-represented Plaintiff Robert James Ricaña's application to proceed *in forma pauperis* and screened his complaint pursuant to 28 U.S.C. § 1915, finding the complaint deficient and granting Ricaña leave to amend. ECF 7. Ricaña timely filed a first amended complaint. ECF 8. Ricaña's first amended complaint resolves the deficiencies outlined in the Court's initial screening order. Because the first amended complaint states at least one cognizable claim on its face, it satisfies the screening requirements of 28 U.S.C. § 1915. Accordingly, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the first amended complaint and this Order upon Defendants. Defendants are not precluded from challenging Ricaña's claims or raising defenses.

1

2

**IT IS SO ORDERED.**

3    Dated:  September 18, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California