UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JAMES RICANA,

             Plaintiff,

    v.

SAN JOSE POLICE DEPARTMENT, and others,

             Defendants.

Case No. 25-cv-06389-NC

**ORDER SCREENING SECOND AMENDED COMPLAINT UNDER 28 U.S.C. § 1915**

Re: ECF 39

The Court granted self-represented Plaintiff Robert James Ricana's application to proceed in forma pauperis, so screens his second amended complaint pursuant to 28 U.S.C. § 1915. ECF 7, 39. Because the second amended complaint states at least one cognizable claim on its face, it satisfies the screening requirements of 28 U.S.C. § 1915. Accordingly, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the second amended complaint and this Order upon Defendants. Defendants are not precluded from challenging Ricana's claims or raising defenses.

    **IT IS SO ORDERED.**

Dated: April 9, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge